# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 9, 2007

Clifford W. Taylor,
Chief Justice

130855

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

MICHAEL EUGENE DRAKE,
      Plaintiff-Appellee,

v

                                      SC: 130855
                                      COA: 257800
CITIZENS INSURANCE COMPANY,     Hillsdale CC: 03-000318-NF
      Defendant-Appellant.

_____/

       On order of the Court, the application for leave to appeal the February 23, 2006 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other peremptory action. MCR 7.302(G)(1). The parties may file supplemental briefs within 28 days of the date of this order, but they should avoid submitting a mere restatement of the arguments made in their application papers.



       I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 9, 2007

s0206

_____
Clerk